1  Jia Min Cheng, SBN 264942
   Madeline Howard, SBN 254660
2  Robert P. Capistrano, SBN 70382
   Eric Berkowitz, SBN 116634
3  BAY AREA LEGAL AID
   1035 Market Street, 6th Floor
4  San Francisco, CA 94103
   Tel: (415) 982-1300
5  Fax: (415) 982-4243
   E-mail: jcheng@baylegal.org
6

7  Attorneys for Plaintiffs Lorena Cabrera,
   Dionisio Cabrera, Uriel Cabrera
8

RECEIVED

2012 SEP 19 A 10: 47

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

LB

9

10                 **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
11                      **SAN FRANCISCO DIVISION**

12                                              C  12      4890

13  LORENA CABRERA, DIONISIO          )  Case No.:
    CABRERA, by and through his guardian  )
14  ad litem LORENA CABRERA, URIEL    )  **PETITION AND ORDER FOR**
    CABRERA, by and through his guardian  )  **APPOINTMENT OF GUARDIAN AD**
15  ad litem LORENA CABRERA,          )  **LITEM (Dionisio Cabrera)**
                                      )
16              Plaintiffs,           )
                                      )
17         vs.                        )
                                      )
18  HENRY ALVAREZ, III, Executive     )
    Director of the San Francisco Housing  )
19  Authority, SAN FRANCISCO HOUSING  )
    AUTHORITY, PHILIP TAM, and DOES I-)
20  X,                                )
                                      )
21              Defendants.           )
                                      )
22  ─────────────────────────────────

23

24         Petitioner states as follows:

25

26    1.        I am a minor of the age of ~~two~~ three years old.

27    2.        I am about to commence an action in this court against Henry Alvarez III, the San

28  Francisco Housing Authority, and Philip Tam for housing discrimination and related claims.


Complaint for Injunctive and Declaratory Relief, and Damages                    1

3.     I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4.     My mother, Lorena Cabrera, whose address is 1151 Scott St., San Francisco, CA, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5.     My mother is willing to act as guardian ad litem for petitioner, as appears by her consent below.

6.     WHEREFORE, petitioner moves the court for an order appointing Lorena Cabrera as guardian ad litem of petitioner for the purpose of bringing action against Henry Alvarez III, the San Francisco Housing Authority, and Philip Tam for the claims stated in the complaint in this action.

DATED: ~~August~~ September 10, 2012       BAY AREA LEGAL AID


By: _____
     Attorneys for Petitioner


CONSENT OF NOMINEE

7.     I, Lorena Cabrera, the nominee of Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: ~~August~~ September 10, 2012     By: _____
                              Lorena Cabrera

1

CERTIFICATION OF TRANSLATION

2  I certify under penalty of perjury that I am competent to translate from Spanish to English and

3  that the above is a correct and true translation to the best of my knowledge and belief.

4

5  DATED: ~~August~~ Sep 10 , 2012

6                                                  Frias, Maria
                                                   Bay Area Legal Aid,
7                                                  1035 Market Street, 6th Floor
                                                   San Francisco, CA 94103
8                                                  (415) 982 1300

9

10

11

12                              ORDER

13              The petition for an order appointing Lorena Cabrera as guardian ad litem for

14  petitioner is GRANTED.

15  IT IS SO ORDERED.

16

17      DATED:  12/17/12

18                                              United States District Judge

19

20

21

22

23

24

25

26

27

28

Complaint for Injunctive and Declaratory Relief, and Damages                    3