```
Jia Min Cheng, SBN 264942
Madeline Howard, SBN 254660
Robert P. Capistrano, SBN 70382
Eric Berkowitz, SBN 116634
BAY AREA LEGAL AID
1035 Market Street, 6th Floor
San Francisco, CA 94103
Tel: (415) 982-1300
Fax: (415) 982-4243
E-mail: jcheng@baylegal.org
```

Attorneys for Plaintiffs Lorena Cabrera, Dionisio Cabrera, Uriel Cabrera

RECEIVED 2012 SEP 19 A 10: 46 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LORENA CABRERA, DIONISIO CABRERA, by and through his guardian ad litem LORENA CABRERA, URIEL CABRERA, by and through his guardian ad litem LORENA CABRERA,<br><br>Plaintiffs,<br><br>vs.<br><br>HENRY ALVAREZ, III, Executive Director of the San Francisco Housing Authority, SAN FRANCISCO HOUSING AUTHORITY, PHILIP TAM, and DOES I-X,<br><br>Defendants. | Case No. 12 4890<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM (Uriel Cabrera)** |

Petitioner states as follows:

1. I am a minor of the age of six years old.
2. I am about to commence an action in this court against Henry Alvarez III, the San Francisco Housing Authority, and Philip Tam for housing discrimination and related claims.

Complaint for Injunctive and Declaratory Relief, and Damages                                                                 1

3. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. My mother, Lorena Cabrera, whose address is 1151 Scott St., San Francisco, CA, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. My mother is willing to act as guardian ad litem for petitioner, as appears by her consent below.

6. WHEREFORE, petitioner moves the court for an order appointing Lorena Cabrera as guardian ad litem of petitioner for the purpose of bringing action against Henry Alvarez III, the San Francisco Housing Authority, and Philip Tam for the claims stated in the complaint in this action.

DATED: Sept. 10, 2012          BAY AREA LEGAL AID

By: _____
Attorneys for Petitioner

### CONSENT OF NOMINEE

7. I, Lorena Cabrera, the nominee of Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: Sept. 10, 2012

By: _____
Lorena Cabrera

CERTIFICATION OF TRANSLATION

I certify under penalty of perjury that I am competent to translate from Spanish to English and that the above is a correct and true translation to the best of my knowledge and belief.

DATED: ~~August~~ Sep 10, 2012

Frias, Maria
Bay Area Legal Aid,
1035 Market Street, 6th Floor
San Francisco, CA 94103
(415) 982 1300

ORDER

The petition for an order appointing Lorena Cabrera as guardian ad litem for petitioner is GRANTED.

IT IS SO ORDERED.

DATED: 12/17/12

United States District Judge

Complaint for Injunctive and Declaratory Relief, and Damages                               3