Jia Min Cheng, SBN 264942
Madeline Howard, SBN 254660
Robert P. Capistrano, SBN 70382
BAY AREA LEGAL AID
1035 Market Street, 6th Floor
San Francisco, CA 94103
Tel: (415) 982-1300
Fax: (415) 982-4243
E-mail: jcheng@baylegal.org

Attorneys for Plaintiffs Lorena Cabrera,
Dionisio Cabrera, Uriel Cabrera

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

LORENA CABRERA, DIONISIO CABRERA, by and through his guardian ad litem LORENA CABRERA, URIEL CABRERA, by and through his guardian ad litem LORENA CABRERA,
      Plaintiffs,

vs.

HENRY ALVAREZ, III, Executive Director of the San Francisco Housing Authority, SAN FRANCISCO HOUSING AUTHORITY, PHILIP TAM, and DOES I-X,
      Defendants.

Case No.: C-12-4890 SI

STIPULATION REQUESTING TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Plaintiffs LORENA CABRERA, DIONISIO CABRERA, by and through his guardian ad litem LORENA CABRERA, URIEL CABRERA, by and through his guardian ad litem LORENA CABRERA and Defendants HENRY ALVAREZ, III, SAN FRANCISCO HOUSING AUTHORITY, AND PHILIP TAM, hereby stipulate, by and through respective counsel, requesting that the Court reschedule the Case Management Conference that is scheduled for Friday, February 22, 2013. The reasons for this request are as follows:

1. Defendants were served with the Summons and Complaint on January 17, 2013.

2. Plaintiffs were able to ascertain the identity of counsel for the Defendants on January 30, 2013.

3. Counsel for both parties communicated by telephone on February 1, 2013 and agreed that they would not be able to complete the Rule 26(f) Conference on that date.

4. Counsel for both parties communicated by telephone on February 1, 2013 and agreed to request to reschedule the Case Management Conference that is scheduled for Friday, February 22, 2013 to another date, after Defendants have filed responsive papers.

5. Counsel for both parties communicated by telephone on February 6, 2013 and Counsel for Plaintiffs agreed to grant a two-week extension, until February 21, 2013, to Defendants for the filing of responsive papers.

DATED: February 12, 2013

_____
Attorneys for Plaintiffs

DATED: 2/6/2013

_____
Attorneys for Defendants

The case management conference is continued to March 29, 2013, at 2:30 p.m.



IT IS SO ORDERED
Judge Susan Illston

Stipulation Requesting to Reschedule Case Management Conference — 2