IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA CABRERA, | No. C 12-04890 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| HENRY ALVAREZ, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 2, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 25, 2013.

DESIGNATION OF EXPERTS: 1/6/14; REBUTTAL: 1/20/14.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 10, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by November 8, 2013;

Opp. Due November 22, 2013; Reply Due December 12, 2013;

and set for hearing no later than December 13, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 4, 2014 at 3:30 PM.

JURY TRIAL DATE: March 17, 2014 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in a mediation session in July 2013.
Initial disclosures shall be exchanged on April 5, 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/1/13

SUSAN ILLSTON
United States District Judge